No. 129. PITTSBURGH & LAKE ERIE RAILROAD CO. *v.* CARNEY. C. A. 3d Cir. Certiorari denied. *Carl E. Glock* for petitioner.

No. 130. ROSSETTI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Peter J. Hughes* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 131. M. J. ULINE CO. *v.* WASHINGTON SPORT-SERVICE, INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David G. Bress* and *Leonard Braman* for petitioner.

No. 133. CLEMSON AGRICULTURAL COLLEGE OF SOUTH CAROLINA ET AL. *v.* GANTT. C. A. 4th Cir. Certiorari denied. *Eugene Gressman* for petitioners.

No. 135. SILVERSTEIN ET AL. *v.* PHELPS. C. A. 7th Cir. Certiorari denied. *Julius Lucius Echeles* for petitioners. *John H. Bishop* for respondent.

No. 139. PENNSYLVANIA RAILROAD CO. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Edward A. Kaier* and *William F. Zearfaus* for petitioner. *Solicitor General Cox, Alan S. Rosenthal* and *Kathryn H. Baldwin* for the United States et al.

No. 143. LEATHERHIDE INDUSTRIES, INC., ET AL. *v.* GUTMAN, TRUSTEE IN BANKRUPTCY, ET AL. C. A. 2d Cir. Certiorari denied. *Jacob W. Friedman* for petitioners.